UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0500M -01 (CR) |
| **SHAWN C. YARDE,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about September 15, 2005, within the District of Columbia, **SHAWN C. YARDE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland, Criminal Case No. CT942106B and in Anne Arundel County, Maryland, Criminal Case No. A00022491, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 9mm semi-automatic pistol, and did unlawfully and knowingly receive and

possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about September 15, 2005, within the District of Columbia, **SHAWN C. YARDE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT THREE

On or about September 15, 2005, within the District of Columbia, **SHAWN C. YARDE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

**(Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

## COUNT FOUR

On or about September 15, 2005, within the District of Columbia, **SHAWN C. YARDE**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is

Counts Two and Three of this Indictment which are incorporated herein, a firearm, that is, a Glock 9mm semi-automatic pistol.

>   (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia