UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-381(JR))** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SHAWN YARDE** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Steve Wasserman at telephone number (202) 307-0031and/or email address steve.wasserman@usdoj.gov.  Mr. Wasserman will serve as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney

_____
Steve Wasserman
Assistant United States Attorney
Federal Major Crimes, Bar No. 453251
555 4th Street, N.W.  Room 4241
Washington, DC 20530
(202) 307-0031