### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Crim. No. 05-CR-381** |
| **v.** | **:** | **(JR)** |
| | **:** | |
| **SHAWN YARDE** | **:** | |

### <u>MOTION TO CONTINUE TRIAL</u>

Mr. Yarde, through counsel, respectfully moves this Court to continue the above-captioned case, which is currently set for trial on Thursday, February 2, 2006.

As grounds for this motion, counsel would state the following:

1.      Counsel was before the Court on Tuesday, January 3, 2006 for a status hearing. At that time all counsel and the Court agreed upon a trial date of February 2, 2006. Counsel recently was informed by government counsel that the case of <u>United States v. Kevin Holley</u>, which was scheduled for the week of January 23, 2006 will carry over into the following week up to and including the 3rd of February.

2.      Counsel would respectfully request that Mr. Yarde's case be continued.

3.      Counsel apologizes for the inconvenience to the Court and government counsel but counsel only learned of this development last week.

4.      Counsel contacted the Assistant United States Attorney, Mr. Steven Wasserman, who does not oppose this motion.

WHEREFORE, for the foregoing reasons and for such other reasons that may appear to the Court, counsel respectfully request that this Motion be GRANTED.

Respectfully submitted,

_____

BERNARD S. GRIMM
503 D Street, N.W.
Suite 250
Washington, DC 20001
(202) 371-0300

## *CERTIFICATE OF SERVICE*

I hereby certify that the foregoing Motion was mailed, first-class, postage prepaid this _____ day of January 2006 to:

Steven Wasserman, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____

BERNARD S. GRIMM

2