UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 05-381 (JR) |
| **v.** : | |
| : | |
| **SHAWN YARDE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

WHEREUPON, having considered the Government's Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(B), and any opposition thereto, it is hereby

**ORDERED**, that the Government's motion is hereby GRANTED.

_____         _____
DATE                                                          JAMES ROBERTSON
                                                                     U.S. DISTRICT COURT JUDGE