UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.  05-381 (JR)** |
| **v.** : | |
| : | |
| **SHAWN YARDE,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the government's motion to admit the defendant's prior convictions for impeachment purposes, and any oppositions thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his convictions set out in the government's motion.

_____
JAMES ROBERTSON
United States District Judge