UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-381 (JR) |
| v. | : | VIOLATION: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **SHAWN C. YARDE,** | : | Intent to Distribute 5 Kilograms or More of |
| **Defendant.** | : | Cocaine and 50 Grams or More of Cocaine |
| | : | Base) |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

From on or about January 2002, through October 2005, within the District of Columbia, District of Maryland and elsewhere, **SHAWN C. YARDE,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii); and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II

narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

          KENNETH L. WAINSTEIN
          Attorney of the United States in
          and for the District of Columbia
          Bar No. 451-058

BY: _____
        STEVEN B. WASSERMAN
        Assistant United States Attorney
        Bar No. 453251
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4241
        Washington, D.C. 20530
        (202) 307-0031