UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

SHAWN C. YARDE

Criminal No.   1-05-CR-0381-01

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

x _____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

**APPROVED:**

_____
JAMES ROBERTSON
United States District Judge

Dated:   January 25, 2005