UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

SHAWN C. YARDE

Criminal No. 1-05-CR-381-01

## WAIVER OF INDICTMENT

I, **SHAWN C. YARDE**, the above named defendant, who is accused of:   Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base, in violation of 21 United States Code, Section 846, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on January 25, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
     Defendant

_____
Counsel for Defendant

_____
JAMES ROBERTSON
United States District Judge