## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-CR-381** |
| v. | : | (JR) |
| | : | |
| **SHAWN YARDE** | : | |

## MOTION TO CONTINUE SENTENCING

Mr. Yarde, through counsel, respectfully moves this Court to continue the above-captioned case, which is currently set for sentencing on April 25, 2006.

As grounds for this motion, counsel would state the following:

1. Mr. Yarde is facing, under the guidelines a possible sentence of 262 to 320 months.

2. Counsel had requested from Mr. Yarde's family, friends and prior employers character letters so the Court would have the maximum amount of information before it for sentencing. So far Mr. Yarde's family has only submitted one letter.

3. Counsel has spoken to his family who promises to have letters by next week.

4. Counsel contacted the Assistant United States Attorney, Mr. Steven Wasserman, who does not oppose this motion. Counsel and government counsel tried to select dates for the continuance but both counsels are either unavailable or will be in trial for the next month. Counsel respectfully request the following dates May 10, 11, 12, 15, 29, 30 or 31.

WHEREFORE, for the foregoing reasons and for such other reasons that may appear to the Court, counsel respectfully request that this Motion be GRANTED.

Respectfully submitted,

_____
BERNARD S. GRIMM
503 D Street, N.W.
Suite 250
Washington, DC 20001
(202) 371-0300