UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 05-CR-381 |
| v. | : | (JR) |
| | : | |
| SHAWN YARDE | : | |

## MOTION TO CONTINUE SENTENCING

Mr. Yarde, through counsel, respectfully moves this Court to continue the above-captioned case, which is currently set for sentencing on Thursday, June 29, 2006.

As grounds for this motion, counsel would state the following:

1. Counsel was before the Court on Monday, June 5, 2006 for a sentencing hearing. At that time the Court agreed to continue that matter to find out any details concerning Mr. Yarde's Reckless Endangerment conviction in 1994. Counsel has not been able to access all those records and will need at least two additional weeks.

2. Despite the outcome Mr. Yarde is inclined to withdraw his plea at this time. This guilty plea specifically <u>excluded</u> the firearm. The pre-sentence writer added two levels for the gun and the government argued it at sentencing on June 5, 2006. This is a violation of the plea agreement.[1]

3. Counsel apologize for any inconvenience this will cause the Court and government counsel. Counsel is asking the Court for a brief continuance.

WHEREFORE, for the foregoing reasons and for such other reasons that may appear to the Court, counsel respectfully request that this Motion be GRANTED.

---

[1] Counsel plans to file a separate motion if Mr. Yarde elects to withdraw his plea.

Respectfully submitted,

____/s /_____
BERNARD S. GRIMM
503 D Street, N.W., Suite 250
Washington, DC 20001
(202) 371-0300