UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-CR-381** |
| v. | : | (JR) |
| | : | |
| **SHAWN YARDE** | : | |

**ORDER**

UPON CONSIDERATION of the defendant's **MOTION TO CONTINUE SENTENCING DATE;** it is hereby

ORDERED this _____ day of _____, 2006 that defendant's motion is GRANTED; it is further

ORDERED that the sentencing date is now set for this _____ day of _____, 2006.

_____
THE HONORABLE JAMES ROBERTSON
JUDGE, U.S. DISTRICT COURT

Cc:   Bernard S. Grimm, Esq.
      503 D Street, N.W.
      Suite 250
      Washington, D.C. 20001

      Steven Wasserman, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

3