UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-381 (JR)** |
| v. | : | |
| | : | |
| **SHAWN YARDE,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the government's motion to reconsider the Court's ruling that the defendant shall not be designated as a career offender pursuant to USSG § 4B1.1, and the defendant's opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the government's motion is GRANTED/DENIED.

_____
JAMES ROBERTSON
United States District Judge

Copies to:
Steven B. Wasserman, AUSA
Bernard Grimm, Esq.