# EXHIBIT C

Case 1:05-cr-00381-JR  Document 23-5  Filed 07/13/2006  Page 1 of 10

| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE CIRCUIT COURT |
| vs. | * | FOR |
| SHAWN CAMERON YARDE | * | ANNE ARUNDEL COUNTY |
| 12103 Apache Tears Circle<br>Laurel, Md. 20708 | * | Criminal No. K-96-898 |

\* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

THE GRAND JURY, for the State of Maryland, sitting in Anne Arundel County, upon their oaths and affirmations, charge SHAWN CAMERON YARDE, with having committed the following offenses on or about February 20, 1996, in Anne Arundel County:

### COUNT ONE

### KIDNAPPING WITHIN STATE

THE GRAND JURY charges that the aforesaid defendant, on or about the aforesaid date, did unlawfully, kidnap and forcibly and fraudulently, carry, within this State a certain person, Greg Gaskins, with the intent to have the said Greg Gaskins carried and concealed within this State against said person's will. (Article 27, Section 337) (Penalty - 30yr) (KIDNAPPING:*3-1005)

### COUNT TWO

### ASSAULT AND BATTERY

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date, did unlawfully assault and offensively touch Greg Gaskins. (Common Law) (Penalty - no specific) (BATTERY *2-1313)

COUNT THREE

ASSAULT

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date, did unlawfully assault Greg Gaskins. (Common Law) (Penalty - no specific) (ASSAULT *1-1313)

COUNT FOUR

RECKLESS ENDANGERMENT

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully and recklessly engage in conduct that created a substantial risk of death and serious physical injury to Greg Gaskins. (Article 27, Section 120 (Reckless Endangerment: 27/120) (Penalty - 5 yr/$5,000) (RECKLESS ENDANGERMENT *1-0469)

COUNT FIVE

KIDNAPPING WITHIN STATE

THE GRAND JURY charges that the aforesaid defendant, on or about the aforesaid date, did unlawfully, kidnap and forcibly and fraudulently, carry, within this State a certain person, Sharn Chapman, with the intent to have the said Sharn Chapman carried and concealed within this State against said person's will. (Article 27, Section 337)

## COUNT SIX

### ASSAULT AND BATTERY

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date, did unlawfully assault and offensively touch Sharn Chapman. (Common Law) (Penalty - no specific) (BATTERY *2-1313)

## COUNT SEVEN

### ASSAULT

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date, did unlawfully assault Sharn Chapman. (Common Law) (Penalty - no specific) (ASSAULT *1-1313)

## COUNT EIGHT

### EXTORTION

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date did unlawfully obtain by extortion U. S. currency having a value of Three Hundred Dollars ($300.00) or more from Sharn Chapman, in violation of Article 27, Section 562B. (Article 27, Section 562B) (Penalty -10yr/$5,000) (EXTORTION:VALUE$300.PLUS * 2-2100)

### COUNT NINE

### ATTEMPTED EXTORTION

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date did unlawfully attempt to obtain by extortion U. S. currency having a value of Three Hundred Dollars ($300.00) or more from Sharn Chapman, in violation of Article 27, Section 562B. (Article 27, Section 562B)(Penalty - 10yr/$5,000)(EXTORTION:VALUE$300.PLUS * 2-2100)

### COUNT TEN

### RECKLESS ENDANGERMENT

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully and recklessly engage in conduct that created a substantial risk of death and serious physical injury to Sharn Chapman.  (Article 27, Section 120 (Reckless Endangerment: 27/120) (Penalty - 5 yr/$5,000) (RECKLESS ENDANGERMENT *1-0469)

### COUNT ELEVEN

### ARMED CARJACKING

THE GRAND JURY charges that the aforesaid defendant on or about the aforesaid date, did obtain possession and control of a motor vehicle, to wit: 1991 Accura from Sharn Chapman, who was then and there in actual possession of the motor vehicle by deadly weapon placing said individual in fear through display of a dangerous and deadly weapon.  (Article 27, Section 348A) (Penalty - 30 yr) (ARMED CARJACKING *1-0826)

### COUNT TWELVE

### ARMED ROBBERY

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully rob Sharn Chapman, with a dangerous and deadly weapon and did violently steal from said person the following property: U. S. currency.  (Article 27, Section 488) (Penalty - 20 yr) (ARMED ROBBERY *1-1202)

### COUNT THIRTEEN

### ROBBERY

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully rob Sharn Chapman, and did violently steal from said person the following property: a 1991 Accura. (Article 27, Section 486) (Penalty - 3-10 yr) (ROBBERY *1-1299)

COUNT FOURTEEN

ASSAULT WITH INTENT TO ROB

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully assault Sharn Chapman, with the intention of robbing said person and stealing from said person, by violence, the following property: a 1991 Accura. (Article 27, Section 12)(Penalty - 2-10 yr) (ASSAULT W/INTENT ROB *1-1399)

COUNT FIFTEEN

THEFT

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully steal a 1991 Accura, being the property of Anna Chapman, having a value of Three Hundred Dollars ($300.00) or more in violation of Article 27, Section 342. (Article 27, Section 342) (Penalty - 15yr/$1,000) (THEFT: $300 PLUS VALUE *3-2400)

COUNT SIXTEEN

USE OF A HANDGUN IN A FELONY

THE GRAND JURY charges the aforesaid defendant on or about the aforesaid date, did unlawfully use a handgun in the commission of a felony. (Article 27, Section 36B) (Penalty - 5-20 yr) (HGV USE/FEL-VIOL CRIME *1-5299)

THE GRAND JURY further avers and alleges that the offenses charged hereinabove were committed contrary to the form and Act of Assembly in such cases made and provided and were against the peace, government and dignity of the State of Maryland.

TRUE BILL

FOREMAN OF THE GRAND JURY

BY: *Patricia M. Hinley*

BY: *Frederick M. Paone*
State's Attorney for Anne Arundel County

District Ct. No.:    0a22491
Tracking no.:        961001057623
Prosecutor:          Warren W. Davis, III
Description:         black/male; DOB: 3/8/75
Charge type:         felony
Location:

## NOTICE

### TO THE PERSON CHARGED

1. This paper charges you with committing a crime.

2. If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

3. You have a right to have a lawyer.

4. A lawyer can be helpful to you by:

    a.) explaining the charges in this paper;
    b.) telling you the possible penalties;
    c.) helping you at trial;
    d.) helping you protect your constitutional rights; and
    e.) helping you to get a fair penalty if convicted.

5. Even if you plan to plead guilty, a lawyer can be helpful.

6. If you want a lawyer but do not have the money to hire one, the Public Defendant may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.

7. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

8. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER. If you do not have a lawyer before the trial date, you may have to go to trial without one.

9. If you want the Public Defender to represent you, you must have documents to verify your income and expenses with you when you go to the Public Defender's Office.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 05-381 (JR)** |
| **v.** : | |
| : | |
| **SHAWN YARDE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's motion to reconsider the Court's ruling that the defendant shall not be designated as a career offender pursuant to USSG § 4B1.1, and the defendant's opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the government's motion is GRANTED/DENIED.

_____
JAMES ROBERTSON
United States District Judge

Copies to:
Steven B. Wasserman, AUSA
Bernard Grimm, Esq.