## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-381(JR) |
| v. : | |
| : | |
| SHAWN YARDE : | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for a Downward Departure Pursuant to United States Sentencing Guidelines §4A1.3 and To Affirm the Court's Ruling on June 5, 2006 regarding Mr. Yarde's Career Offender Status; it is hereby

ORDERED this _____ day of _____, 200___ that defendant's motion is GRANTED; it is further

ORDERED that Mr. Washington Criminal History Category is reduced to _____.

_____
THE HONORABLE JAMES ROBERTSON
JUDGE, UNITED STATES DISTRICT COURT

Cc:   Bernard S. Grimm, Esq.

   Steven Wasserman, Esq.
   Assistant United States Attorney